Joe Black
2991 Neet Ave Apt 1
San Jose Ca 95128-4027
e-mail: joe_b-man@myway.com

ADR

FILED

2008 OCT 15  A 9 05

IFP
NP
5

# United States District Court
## For the Northern District of California
### San Jose Division

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| **Joe Black, Jose Medeioro, and on behalf of all Birth Fathers who claimed the right to to terminate their right to become a "Father"** <br> Plaintiffs, <br> **VS.** <br><br> **Connie White, Arlene F.T., U.S. Department of Justice, the Department of Justice for all 50 State, the Department of Child Support Services in every county, all Attorneys who have profited from such sexism, Does 1 to 20,000,000** <br><br> Defendants. | **Case No.** <br> **C 08    04734** <br><br> **Complaint / Removal / Class Action Suit PVT** <br><br> **Jury Demanded** <br><br> **Ex Parta Motion for a Preliminary Injunction** <br><br><br> **Motion for Summary Judgment** |

**Joe Black** like **Connie White** are fictitious names made up by the author of this class action

lawsuit, like "Jane Roe," is pseudonymous name for Norma McCorvey who wanted to remain

anonymous as the lead plaintiff in the "Roe vs. Wade" that legalized abortion in the United States.

   I, Jose Mederioros, declare I am the lead plaintiff behind the pseudonymous plaintiff (Joe **Black**)

in this class action lawsuit and I make this declaration in support of this above entitled action.

   I have asked the author of this complaint, "Joe **Black**" who wants to remain anonymous, and who

has some experience in this kind of thing to write this complaint for me as I was told of my rights by

him. I have never been to court over this action and am a lay person when it comes to understanding

laws... Though I have agreed with him in being named in this class action lawsuit as he believes

others men will join this class action lawsuit by contacting him through e-mail once it becomes public

because of its clear discrimination against men.

This author must point out that this class action lawsuit is worded in a manner in which would protect even the lead defendant's identity, Arlene F.T. with a fictitious name, as Connie **White** (who represent all women who find themselves suddenly responsible for having a child out of consent from a man  and realizing such responsibility, as this class action lawsuit becomes public) from the same mess, we (as men and women) have gotten ourselves into, and have to ask for justice before the public form.

In my case, I declare under oath that I was a married man with one child at that time, who had an ongoing affair with (Arlene F.T.) who I meet at work. If called, I will testify that  she came onto me, and knew I was married at the time as our affair. As our affair continued she claimed several times to me that she was on birth control pills at the time, therefore I was seduced into this situation. When I was informed by her that she was pregnant, I clearly notified her, that  I wanted her to get an abortion and that I did not want to be "Dad" to this child.  I did not want my wife at the time to find out. Arlene F.T. told me, "Not to worry about it," and she "did not want any money" and stated that she "would not put my name on the Birth Certificate."  That is how and when this relationship ended.

Then about 4 years ago my wife found out and left me after 15 years of marriage. I am currently in a relationship with my girlfriend who is expecting as I am looking forward into bringing a child into this world with my consent as I try to clean up my past mistakes.

I made this complaint and removal at this time as my drivers license was suspended because I have not responded to the State's claim of child support for this child, and can see that my rights to terminate my "parental rights" will not be enforce in the California State Court system. I have not altered or changed my mind about such decision. I do not want to be a "Father" to this child. I have

no contact with the child or with the birth Mother.

According to the last billing statement dated 9/ 01/08 in State of California - Heath and Human services Agency - Department of Child Support Service, ID # 0850000454925 they claim I owe over $26,000. I had to pay out money to release my drivers license and in the past my wages have been garnished leaving me with little to live on. I agree to let Joe Black argue this case on my behalf.

I ask that this Court sign the Ex Parta Motion for a preliminary injunction. I have never been to Court over this child custody issue and believe I should not have to pay money to have my right to claim "Abort" (which means... "bring to a premature end because of a problem or fault") enforced.

I have been told that the Federal and State government clearly have been and is bias against Men such as me. I have also been informed as the lead plaintiff in this class action lawsuit, my argument for the right to "abort" would have to be heard and settled in Federal Court to get any kind of justice in a State Courts, because the State would claim that Abortion rights only apply to women.

I have been informed and told that this Federal case has to come first before any State court, because States Courts do not have the jurisdiction over such a case as this. I have also been informed of the U.S. law 1443 as a defendant in the state court where I believe I would not receive a fair trial, as history has shown in state courts that biological Fathers like me have been force to pay for a child that a women has a right to abort. I have agreed to be the guinea pig in this Class action lawsuit and to testify if necessary as one of the plaintiffs who life has been altered because of such events.

I have heard that Federal Judges deny to hear a lot of these kinds of cases, and are bias when it comes to an attack of what they perceived to be true, as some of them may be liable for damages, as they may of profited against certain plaintiffs. I have been told I have to state in my declaration this ... **"I demand a Jury"** because checking a box will not get you one. I have been informed, even with

such statement, a lot of Federal Judges dismiss cases like these for motive that seem never to be investigated, when reported to the government.

I have been informed and believe that this lawsuit falls under the 28 U.S.C. 1443 and other constitutional amendments in which due process rights and equal protection of law prevail and must be heard first in federal court before I could proceed as a defendant in state court on such an issue. I consent to all attach documents in support of this lawsuit and would like to keep "people names off such complaint" to protect certain private lives (especially children) that may become too public like in the case of "Roe vs. Wade." as I let Joe Black and the opposing Attorneys argue this case out.

I declare under the penalty of perjury under the laws of the United States that the above declaration is true and correct to the best of my knowledge and that I read and agree with such **Complaint / Removal / Class Action Suit.**

Date  October 10, 2008

Jose Mederioros

## Points and Authority... - ... Summary Judgment

In "Roe v. Wade" the Supreme Court handed down its ruling on January 22, 1973. This decision legalized the right to an abortion in all 50 states. As a result of this case and with equal protection under the fourteenth Amendment to the Constitution of the United States, this case must give both the biological Mother and biological Father this right to terminate the fetus, with the final and ultimate choice going to the biological Mother in case of a tie.

This class action lawsuit is claiming a system wide discrimination against biological Fathers based on sex. The plaintiff as just one out of many biological Fathers who has, is and will testify

4.

too... gave up his "Fundamental right" to "Fatherhood" upon such fetus and thereby terminating any legal or financial duties to such... fetus /... or child.

The right to keep the fetus is the sole responsibility of those who intend to keep such fetus / or child... such as biological mother or a party(s) who seeks to adopt such fetus in which adoption agencies have been set up that I believe work with the State Courts that would oversee such codes and laws.

Under Roe v. Wade every woman was granted the Fundamental right to abortion, and under equal protection of law under the Constitution of the United States, "Men" must be given these same rights as women... No State can compel a person to pay for a child they aborted and not to give this right to a man because of his sex must be considered unconstitutional.

As Roe v. Wade empowered women to have a choice to bring in or not bring in a new life into this world, without the fear of being forced to carry a fetus full term by any group or government. Now men must be given that right. I called these men... "B-man" short for biological males as to have "No legal or financial responsibility." They come in second behind the "A-woman" who has final choice.

Although as the author and being a man and head of this lawsuit and on behalf of all plaintiffs will stipulate to... plaintiff who sign on to such lawsuit, will agree to filling out certain documents and signing their "parental rights away" and filling out a form or two (background for genetic or psychological) and paying some small fee for such claim by this lawsuit (within the scope of the law). I believe no Court can claim it has jurisdiction over a man to take

financial responsibility of a fetus when that same court gives the right to abort that same fetus to the women.

Therefore, I motion this court to sign the preliminary injunction that plaintiff rights can be protected as this case moves forward. As this plaintiff believes that he has the same right to give up his right on a fetus and abort his financial responsibility as most of these plaintiffs well claim they were coerced by the Federal and State justice system in which certain attorneys and judges may be liable for.

As "Fatherhood" should not be a kind of entrapment... it should be planned. As Mothers have the right to keep or not to keep the fetus, a man must be given this choice too, without the threat of law.

Not to agree with this fundamental right would show ignorance or corruption, and every day or week that any judge refuses basic rights like these could and would damage the credibility of the justice system. So there really is no point in arguing this basic right. The only thing that will be to argue is over is restitution.

With this class action lawsuit, I will be seeking restitution for all the cost associated with such lawsuit or lawsuits in connection with this basic right for each and every plaintiff male who was or is forced to pay for a child under the care of another biological parent or party that claimed such discrimination as "Birth Father."

Though I do not consider myself to be an attorney and ask for attorney fees, I do consider myself to be a "negotiator" for the rights of all men in this action. As this complaint is based on just one of many plaintiffs that will jump on board this lawsuit and demand justice and will seek restitution for asset taken by said defendants... like for damages caused by the State

6.

government for placing a "DEAD BEAT DAD"(Personal injury / slander) titles on them or the

damage caused (bad credit) by any State Departments for Child Services as they took assets or

suspending drivers license, etc... Because of this clear discrimination in the Justice System... as

women who have abortions have their records sealed so no one know what they have done, but

when men don't want the fetus and can not get their parental rights sealed and are forced into

taking responsibility for such fetus / child they are called "dead beat dads"... As these plaintiffs

want to be treated as people who gave up their fetus for adoption! (Though there might be

some men out there who will be determined not to qualify for any refund)  These plaintiffs

might hire attorneys who will want to build on this complaint and its newly discovery "Men

rights." I seek reasonable compensation for laying the groundwork in such cases with this class

action lawsuit. I also seek rights to identify and refuse certain cases as I deem not to have merit

to this lawsuit.

    As Roe v. Wade empowered women to have a choice to bring in or not bring in a new life

into this world, without the fear of being forced to carry a fetus full term by any group or

government. Now men must be given that right.  I called these men... "B-man" short for

biological males as to have "No legal or financial responsibility" beyond the scope of signing

their "parental rights away" and filling out a form or two (background for genetic or

psychological ) and paying some reasonable fee for such claim by this lawsuit.

    As the author of this class action lawsuit... I seek to investigate and coordinate and assign

qualified personal to asset me in evaluating claims and finding people who might not repay or

agree to the standards that have already been set against these plaintiffs such as the penalties

and interest what they have taken from plaintiffs. (Such as attorney fees and court cost, that is of coarse what these hypocrites charged plaintiff for such fees plus any reasonable damages incurred) As fair is fair. I seek fair and reasonable compensation for my part in this too. I will be requesting reasonable cost be paid up front on behalf of some plaintiff's defense in which they were not afford proper defense due to this discrimination. I will be seeking a reasonable amount of time to coordinate such a large group as more and more men will want to protect there rights when they become aware of them.

Though I would suggest to the Court, as to be fair and to protect everyones rights from now on.. They should have Birth Certificates claim legal parent(s) name be signed by the parent(s). Because any women can claim "Joe Black" as the Birth Father. Like all men could say that they are "Joe Black." And claim that his right to terminate the legal liability of such child.

A Motion for Summary Judgment is said to be an argument that is a winning move like in a game of chess in which a checkmate is the result. When women rights moved the case "Roe vs. Wade" for their right to choice, I now counter for men in this case of "Black vs. White" and say on behalf of all plaintiffs... "CHECKMATE to you women, if you want man as a mate in raising a child you need to get his consent. (Not that I am prejudice against women as I love them... but fair is fair)

Date October 10, 2008

_____Joe Black_____

**Joe Black**

P.S. As a man I say, consent to me means commitment and commitment can mean marriage though as a single man, you do not have to be married to have that commitment in raising a child. Though personally I believe in marriage is the best way to raise a child or children... it just does not always work out that way in reality.