**E-FILED on**   01/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE BLACK, et al.          Plaintiff,     v. CONNIE WHITE, et al.,          Defendants. | No. C-08-04734 RMW ORDER TO SHOW CAUSE |

Plaintiff Joe Black ("Black") brings this lawsuit under a pseudonym, seeking a preliminary injunction and damages. Black's argument is, in brief, that the constitutional right that a woman has to choose whether to terminate her pregnancy also permits a man who would have so chosen to avoid paying child support for his children.

Constitutional protection of a woman's right to terminate her pregnancy was first articulated in the landmark case of *Roe v. Wade*, 410 U.S. 113 (1973). Black argues in his complaint that the equal protection clause mandates that *Roe*'s right be afforded to men. Complaint 4. This argument misunderstands the basis for Roe's holding. As the Sixth Circuit wrote in a case directly on point, "The woman's right to abortion is not solely, or even primarily, based upon her right to choose not to be a mother after engaging in consensual sexual intercourse. Rather, the right to abortion, as articulated in *Roe*, derives from the woman's right to bodily integrity and her privacy interest in

protecting her own physical and mental health." *Dubay v. Wells*, 506 F.3d 422, 430 (6th Cir. 2007). There is thus no basis in the law for Black's equal protection claim.

It also appears that Black has not properly served any defendant as required by Rule 4 of the Federal Rules of Civil Procedure. Nor, apparently, has he paid the required filing fee. On October 28, 2008, the court denied Black's request to proceed in forma pauperis and ordered that, unless the $350.00 filing fee was paid by November 26, 2008, the action would be dismissed. Order Re: Application to Proceed In Forma Pauperis (Docket No. 9).

The court thus orders Joe Black to appear at 9:00 a.m. on February 20, 2009 and show cause why his complaint should not be dismissed for failure to state a claim upon which relief can be granted and failure to pay the $350 filing fee.

DATED:     01/26/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

Joe Black
327 Blossom Valley Drive
Los Gatos, CA 95032-3910

**Dated:**     01/26/09                              JAS
                                         **Chambers of Judge Whyte**