IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE BLACK, et al., | ***E-FILED - 2/25/09*** |
| Plaintiff, | CASE NO. C-08-04734-RMW |
| v. | ORDER OF DISMISSAL |
| CONNIE WHITE, et al., | |
| Defendants. | |

On January 26, 2009, the Court issued its order requiring plaintiff to show cause on February 20, 2009, why this case should not be dismissed for failure to prosecute. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: 2/25/09

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL
NO. C08-04734 RMW

1

1
2  Copy of Order Mailed on 2/25/09 to:
3  **Joe Black**
4  327 Blossom Valley Drive
   Los Gatos, CA 95032-3910
5
6      *Pro Se Plaintiff*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
NO. C08-04734 RMW

2